■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARIA DE LA CRUZ, Also Known as MARY DELABRUCE, Appellant.—Appeal by the defendant from a judgment of the County Court, Westchester County (Martin, J.), rendered June 5, 1985, convicting her of criminal sale of a controlled substance in the second degree, upon her plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Thompson, J. P., Eiber, Spatt and Balletta, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MELVIN EASTERLING, Appellant.—Appeal by the defendant from three judgments of the County Court, Westchester County (Nicolai, J.), all rendered July 10, 1987, convicting him of burglary in the second degree (one count each under superior court informations Nos. 87-00696-01, 87-00699-01 and 87-00773-01, respectively), upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mangano, J. P., Brown, Lawrence, Kooper and Harwood, JJ., concur.